IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-2859-RBJ

ALENE FULTZ,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire foreign corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT having read the Stipulation of Dismissal of Plaintiff, Alene Fultz, and Defendant, SAFECO Insurance Company of America, and being otherwise advised in the premises; hereby

ORDERS, ADJUDGES AND DECREES that the within action is hereby dismissed with prejudice pursuant to F.R.C.P. 41(a)(1), with each party to bear its on costs and attorney's fees.

DATED this 18th day of February, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge